**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Matthew Banko**, <br><br> Plaintiff, <br><br> v. <br><br> **Rotor X Aircraft Manufacturing Company, et al.**, <br><br> Defendant. | No. No. 2:23-cv-02265-JAT <br><br> **JOINT CASE MANAGEMENT REPORT** |

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.2, the parties, by and through their undersigned counsel, hereby respectfully submit their Joint Case Management Report. Undersigned counsel conferred on January 22, 2024, regarding the issues outlined in this Joint Case Management Report.

## SCHEDULING AND PLANNING CONFERENCE REPORT

**1.**     **Nature of Case**:

Plaintiff's Statement:

Plaintiff worked for Defendants from approximately January 2023 through approximately October 16, 2023. Plaintiff was compensated an annual rate of $70,000 and generally worked approximately 40 hours per week. Defendants

failed to compensate Plaintiff any wages whatsoever for the final approximately four weeks of his employment with Defendants. To date, Plantiff has not been compensated any wages whatsoever for the final approximately four weeks of his employment with Defendants. As a result, Defendants have violated the FLSA, 29 U.S.C. § 201, et seq., the Arizona Minimum Wage Act, A.R.S. § 23-362, et seq., and the Arizona Wage Act, A.R.S. § 23-350, et seq.

Defendants' Statement:

Defendants advocate that Plaintiff has had some wages paid for the alleged interval of time in the Complaint. Defendants were forced to close their doors and end all work due to lost of investment and had monies to pay the asserted minimum wage and pay wages. Defendants are currently working to satisfy all outstanding wages.

**2. Jurisdiction**:

This Court has jurisdiction over this matter under 28 U.S.C. § 1331, because the case involves a federal claim, and under 28 U.S.C §1367 because the Court has supplemental jurisdiction over the state law claims

**3. Parties**:

Plaintiff: Matthew Banko;

Defendants: Rotor X Aircraft Manufacturing Company, Donald Orval Shaw, Jane Doe Shaw, Benjamin Donald Shaw, and Jane Doe Shaw I.

**4. Parties Not Subject to Court's Jurisdiction**:

All parties are subject to the Court's jurisdiction.

**5. Reference to special master or Magistrate Judge**:

The parties believe that this matter is suitable for reference to a Magistrate Judge

for a settlement conference but not for trial.

**6.    Related Cases**

The parties are not aware of any related cases pending before this or other courts

**7.    Changes to Disclosures**:

The Parties anticipate exchanging disclosures on or before February 28, 2024.

**8.    Proposed Specific Deadlines:**

    a.    **Deadline to amend pleadings**: March 15, 2024

    b.    **Plaintiff's Expert Disclosures**: August 2, 2024;

        **Defendants' Expert Disclosures**: September 6, 2024;

        **Rebuttal Expert Disclosures**: October 11, 2024;

    c.    **Deadline for Discovery**: November 15, 2024;

    d.    **Dispositive Motions**: January 17, 2025

**9.    Suggested changes to discovery:**

<u>Plaintiff's Statement</u>:

Plaintiff does not suggest any changes to the limitations on discovery.

<u>Defendants' Statement</u>:

Defendants do not suggest any changes to the limitations on discovery.

**10.    Date Case Ready for Trial**:

The Parties anticipate that the case will be ready for trial by March 21, 2025 or, if dispositive motions are pending, 60 days after the Court rules on dispositive motions.

**11.    Jury Trial Requested**:

Plaintiff has requested a jury trial. Defendants do not contest the request.

3

**12.    Prospects for settlement**:

<u>Plaintiff's Statement</u>:

Plaintiff believes that this matter should settle early. In the event that the parties are unable to resolve the matter themselves, Plaintiff believes that the case is suitable for a reference to a magistrate judge for an early settlement conference.

<u>Defendants' Statement</u>:

Defendants anticipate that this matter should settle early. In the event that parties unable to resolve the matter themselves, Defendant advocates that the case is suitable for a reference to a magistrate judge for early settlement conferences.

**13.    Modifications of Pretrial Procedures**:

None.

RESPECTFULLY SUBMITTED this 30th day of January, 2024.

BENDAU & BENDAU PLLC

/s/*Christopher J. Bendau*
Christopher J. Bendau
Attorney for Plaintiff

COUNXEL

/s/*Stephen Fong (with permission)*
Stephen Fong
Attorney for Defendants

4

## Certificate of Service

I certify that on this 30th day of January, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.


/s/      *Christopher J. Bendau*