**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Banko,<br><br>          Plaintiff,<br><br>v.<br><br>Rotor X Aircraft Manufacturing Company, Donald Orval Shaw, Unknown Shaw, Benjamin Donald Shaw, and Unknown Shaw,<br><br>          Defendants. | No. CV-23-02265-PHX-JAT<br><br>**ORDER** |

Pending before the Court is a motion filed by all defense counsel to withdraw from representation for all Defendants. (Doc. 21). The motion seeks to leave all Defendants pro se.

Local Rule 83.3 states that that an attorney seeking to withdraw must file an application, "…setting forth the reasons therefor…." Here, the application offers no reason why counsel seeks to withdraw. Thus, it will be denied without prejudice.

Additionally, one of the Defendants is a corporation. Corporations and other unincorporated associations must appear in court through an attorney. *Rowland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries, … that a corporation may appear in the federal courts only through licensed counsel.... [T]he rationale for that rule applies equally to all artificial entities."); *D. Beam Ltd. Partnership v. Roller Derby Skates, Inc.,* 366 F.3d 972, 973–74 (9th Cir. 2004) ("It is a long standing rule that 'corporations and

other unincorporated associations must appear in court through an attorney'"). Thus, the Court cannot allow counsel to withdraw and leave the entity Defendant pro se.

As a result, if counsel withdraws, the Court will strike the answer of the entity Defendant and permit Plaintiff to proceed by default against that Defendant. To ensure the client understands this reality, before counsel files another motion to withdraw, counsel must confer with the client and advise them that the consent to withdraw on behalf of the entity will most likely result in a judgment against the entity. Counsel must also give the entity a reasonable time to attempt to locate substitute counsel before withdrawing.

Based on the foregoing,

**IT IS ORDERED** that the motion to withdraw (Doc. 21) is denied without prejudice.

**IT IS FURTHER ORDERED** that all deadlines are confirmed.

**IT IS FURTHER ORDERED** that counsel for Defendants must give a copy of this Order to each Defendant.

Dated this 6th day of September, 2024.

_____
James A. Teilborg
Senior United States District Judge