**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Banko, | No. CV-23-02265-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Rotor X Aircraft Manufacturing Company, Donald Orval Shaw, Unknown Shaw, Benjamin Donald Shaw, and Unknown Shaw, | |
| Defendants. | |

The deadline for filing dispositive motions has expired, and no motions are pending. Therefore,

**IT IS ORDERED** that all counsel shall meet and confer among themselves and with their respective witnesses and, by January 31, 2025, file a joint notice which: 1) provides an estimated length of trial; 2) proposes at least two dates on which the parties will be prepared to begin trial in this case; and 3) indicates whether a jury trial was demanded.

Dated this 22nd day of January, 2025.

James A. Teilborg
Senior United States District Judge