**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Banko,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Rotor X Aircraft Manufacturing Company, Donald Orval Shaw, Unknown Shaw, Benjamin Donald Shaw, and Unknown Shaw,<br><br>　　　　　Defendants. | No. CV-23-02265-PHX-JAT<br><br>**ORDER** |

Plaintiff has filed a motion asking the Court to enter a judgment to which the parties previously stipulated. (Doc. 24). The time for Defendants to respond has expired, and no response or opposition to this motion for entry of judgment was filed.

Plaintiff states that the parties entered into a settlement agreement which included that Plaintiff could have the Court enter a judgment against Defendants if Defendants quit making the agreed-to payments in the settlement agreement. Plaintiff represents that Defendants made some, but not all, payments required by the agreement.

Specifically, Plaintiff represents that the parties settled for $13,000.00, but Defendants still owe $6,000.00. Plaintiff then asks that judgment be "rendered" in the amount of $7,000.00 (Doc. 24-1), but by Plaintiff's own calculations, Defendant only owes $6,000.00.

Plaintiff also seeks interest on the judgment. Plaintiff seeks historical interest from the date of the settlement agreement (April 29, 2024); but 28 U.S.C. § 1961 allows this

Court to order interest on judgments, not settlement agreements. Further the Court will calculate interest as required in the statute. Last week's 1 year treasury constant maturities average was 4.18%.

Finally, Plaintiff seeks fees and costs incurred in obtaining and collecting the judgment. As this Court has cautioned Plaintiff's counsel in other cases, this Court will not award prospective, speculative "fees and costs." Plaintiff may move for attorney's fees and costs in a specific amount within the time provided by the Federal and Local Rules.

Based on the foregoing,

**IT IS ORDERED** that the unopposed motion for entry of stipulated judgment (Doc. 24) is granted to the limited extent specified herein.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment in favor of Plaintiff Matthew Banko[1] and against Defendants Rotor X Aircraft Manufacturing Company, Donald Orval Shaw and Jane Doe Shaw, and Benjamin Donald Shaw and Jane Doe Shaw II in the amount of Six Thousand Dollars and Zero Cents ($6,000.00), plus interest accruing at the statutory rate of 4.18% per annum from today's date.

Dated this 10th day of February, 2025.

James A. Teilborg
Senior United States District Judge

---

[1] The Court notes that counsel for Plaintiff asks that judgment be entered in favor of the Plaintiff named in the complaint AND counsel's firm. The Court is aware of no authority that allows the Court to enter a judgment in favor of a non-party to the complaint, and Plaintiff has cited none. Accordingly, the judgment will track the parties to the complaint. *See* Federal Rule of Civil Procedure 56(c) (… "final judgment should grant the relief to which each **party** is entitled…") (emphasis added).